UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UMG RECORDINGS, INC. ET AL,

Plaintiff,

v.

SUNO, INC. ET AL,

Defendant.

Case No. 26-mc-80303-SVK

**ORDER OF RECUSAL**

This Court recuses itself from hearing this case and directs the Clerk of Court to reassign this case to another judge.

**SO ORDERED.**

Dated: October 21, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California